AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>FREUDENTHAL, NANCY D. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT - DISTRICT OF WYOMING | 3. Date of Report<br><br>03/19/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>OFFICE OF JUDGE FREUDENTHAL<br>2120 CAPITOL AVE.<br>CHEYENNE, WY 82001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | WYOMING PROFESSIONAL ASSISTANCE PROGRAM |
| 2. TRUSTEE | TRUST #1 (REPORTABLE ASSETS ARE INCLUDED IN PART VII) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | STATE OF WYOMING RETIREMENT PLAN WITH FORMER EMPLOYER, NO CONTROL, AGREEMENT SIGNED IN 2003 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FREUDENTHAL, NANCY D.** | 03/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | STATE OF WYOMING RETIREMENT DISTRIBUTION | $42,107.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | STATE OF WYOMING - RETIREMENT DISTRIBUTION |
| 2. 2020 | SELF-EMPLOYED ATTORNEY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FREUDENTHAL, NANCY D.** | 03/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. MERIDIAN TRUST FCU (cash) | A | Interest | M | T | | | | | |
| 3. MASS MUTUAL FIXED WHOLE LIFE PAID-UP AT AGE 65 INSURANCE | C | Dividend | N | T | | | | | |
| 4. VOYA/SECURITY LIFE OF DENVER WHOLE LIFE INSURANCE POLICY | B | Interest | L | T | | | | | |
| 5. AMERIPRISE NON-QUALIFIED CASH RESERVE CERTIFICATE (cash) | A | Interest | K | T | | | | | |
| 6. ACCOUNT #1 (H) | | | | | | | | | |
| 7. AMERIPRISE BANK INSURED SWEEP (ABISA) (cash) | A | Interest | J | T | | | | | |
| 8. INVESCO BALANCED RISK COMM STRAT Y (BRCYX) | | None | K | T | Buy (add'l) | 02/24/20 | J | | |
| 9. | | | | | Sold (part) | 12/14/20 | J | | |
| 10. BLACKROCK SHORT OBLIGS INSTL CL (BISOX) | A | Dividend | | | Sold (part) | 02/24/20 | J | | |
| 11. | | | | | Sold (part) | 03/23/20 | K | | |
| 12. | | | | | Sold | 04/20/20 | J | | |
| 13. BLACKROCK EMERGING MARKETS INSTL CL (MADCX) | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 14. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 15. | | | | | Sold (part) | 12/14/20 | J | | |
| 16. COLUMBIA CORPORATE INCOME CL Z (SRINX) | A | Dividend | | | Sold (part) | 02/24/20 | K | | |
| 17. | | | | | Sold (part) | 03/23/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 04/20/20 | K | | |
| 19. COLUMBIA SELECT LARGE CAP GROWTH CL Z (UMLGX) | C | Dividend | K | T | Sold (part) | 02/24/20 | J | | |
| 20. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 21. | | | | | Sold (part) | 04/20/20 | J | | |
| 22. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 23. | | | | | Sold (part) | 10/26/20 | J | | |
| 24. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 25. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 26. FIRST EAGLE OVERSEAS CL 1 (SGOIX) | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 27. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 28. | | | | | Sold (part) | 04/20/20 | J | | |
| 29. GOLDMAN SACHS INTL EQUITY INSIGHTS INVESTOR CL (GCITX) | | None | | | Sold (part) | 02/24/20 | J | | |
| 30. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 31. | | | | | Sold (part) | 04/20/20 | J | | |
| 32. | | | | | Sold (part) | 10/26/20 | J | | |
| 33. | | | | | Sold | 11/20/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. GOLDMAN SACHS SMALL CAP VALUE INSIGHTS INVESTOR CL (GTTTX) | A | Dividend | K | T | Buy | 05/26/20 | J | | |
| 35. | | | | | Sold (part) | 12/14/20 | J | | |
| 36. GOLDMAN SACHS GQG PARTNERS INTL OPPTYS INVESTOR CL (GSINX) | A | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 37. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 38. | | | | | Sold (part) | 04/20/20 | J | | |
| 39. JOHN HANCOCK CLASSIC VALUE CL I (JCVIX) | A | Dividend | K | T | Buy (add'l) | 02/24/20 | J | | |
| 40. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 41. | | | | | Sold (part) | 04/20/20 | J | | |
| 42. | | | | | Sold (part) | 12/14/20 | J | | |
| 43. HARTFORD INTL VALUE CL I (HILIX) | A | Dividend | K | T | Buy | 11/20/20 | K | | |
| 44. HARTFORD INTL GROWTH CL I (HNCIX) | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 45. IVY VALUE CL I (IYAIX) | B | Dividend | K | T | Buy | 02/24/20 | K | | |
| 46. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 47. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 48. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 49. | | | | | Sold (part) | 12/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. JANUS HENDERSON US MANAGED VOLATILITY CL I (JRSIX) | B | Dividend | K | T | Sold (part) | 02/24/20 | J | | |
| 51. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 52. | | | | | Sold (part) | 04/20/20 | J | | |
| 53. | | | | | Sold (part) | 05/26/20 | K | | |
| 54. JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I (JIPIX) | A | Dividend | K | T | Buy (add'l) | 03/23/20 | K | | |
| 55. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 56. BRANDYWINE GLOBAL BOND I (LROIX) | A | Dividend | K | T | Sold (part) | 03/23/20 | J | | |
| 57. LORD ABBETT SHORT DURATION INCOME CL F (LDLFX) | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 58. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 59. NATIXIS OAKMARK INTL CL Y (NOIYX) | | None | K | T | Buy | 02/24/20 | K | | |
| 60. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 61. | | | | | Sold (part) | 12/14/20 | J | | |
| 62. PUTNAM INCOME CL Y (PNCYX) | C | Dividend | L | T | Buy | 02/24/20 | L | | |
| 63. | | | | | Buy (add'l) | 04/21/20 | K | | |
| 64. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 65. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 66. | | | | | Sold (part) | 11/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 68. WELLS FARGO INTL VALUE INSTL CL (WFVIX) | | None | | | Sold | 02/24/20 | K | | |
| 69. WESTERN ASSET CORE PLUS BOND I (WACPX) | A | Dividend | K | T | Sold (part) | 03/23/20 | J | | |
| 70. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 71. | | | | | Sold (part) | 10/26/20 | J | | |
| 72. ISHARES 20+ YR TREAS BOND ETF (TLT) | A | Dividend | L | T | Sold (part) | 03/23/20 | J | | |
| 73. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 74. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 75. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 76. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 77. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 78. ISHARES 7-10 YR TREASURY BOND ETF (IEF) | A | Dividend | | | Sold (part) | 03/11/20 | K | | |
| 79. | | | | | Sold (part) | 03/23/20 | J | | |
| 80. | | | | | Sold | 04/20/20 | K | | |
| 81. ISHARES 1-3 YR TREASURY BOND ETF (SHY) | A | Dividend | | | Buy (add'l) | 03/23/20 | J | | |
| 82. | | | | | Buy (add'l) | 04/20/20 | K | | |
| 83. | | | | | Sold (part) | 05/26/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. | | | | | Sold | 08/24/20 | J | | |
| 85. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | | None | | | Sold | 02/24/20 | J | | |
| 86. ISHARES CURRENCY HEDGED MISCI EUROZONE ETF (HEZU) (X) | A | Dividend | | | Sold | 02/24/20 | J | | |
| 87. | | | | | Buy | 04/20/20 | J | | |
| 88. | | | | | Sold | 12/14/20 | K | | |
| 89. ISHARES MSCI UTD KINGDOM NEW ETF (EWU) | | None | | | Sold | 02/24/20 | J | | |
| 90. | | | | | Buy | 03/11/20 | J | | |
| 91. | | | | | Sold | 03/23/20 | J | | |
| 92. SPDR PORTFOLIO S&P 500 ETF (SPLG) | A | Dividend | J | T | Buy (add'l) | 03/11/20 | J | | |
| 93. | | | | | Sold | 04/20/20 | K | | |
| 94. | | | | | Buy | 12/14/20 | K | | |
| 95. VANECK VECTORS FALLEN ANGEL HIGH YIELD ETF (ANGL) | A | Dividend | K | T | Buy | 08/24/20 | K | | |
| 96. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 97. VANGUARD CONSUMER STAPLES ETF (VDC) | A | Dividend | J | T | | | | | |
| 98. VANGUARD ENERGY ETF (VDE) | A | Dividend | | | Sold (part) | 02/24/20 | J | | |
| 99. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 100. | | | | | Sold (part) | 04/20/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101. | | | | | Sold<br>(part) | 05/26/20 | J | | |
| 102. | | | | | Sold | 08/24/20 | J | | |
| 103. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | A | Dividend | | | Sold | 02/24/20 | K | | |
| 104. VANGUARD VALUE ETF (VTV) | | None | | | Sold | 02/24/20 | K | | |
| 105. VANGUARD FINANCIALS ETF (VFH) | A | Dividend | J | T | Buy | 07/20/20 | J | | |
| 106. VANGUARD SHORT TERM CORP BOND ETF (VCSH) | A | Dividend | | | Buy | 05/26/20 | K | | |
| 107. | | | | | Sold<br>(part) | 10/26/20 | J | | |
| 108. | | | | | Sold<br>(part) | 11/20/20 | J | | |
| 109. | | | | | Sold | 12/14/20 | J | | |
| 110. ACCOUNT #2 (H) | | | | | | | | | |
| 111. COLUMBIA ADAPTIVE RISK ALLOC CL Z (CRAZX) | B | Dividend | L | T | | | | | |
| 112. COLUMBIA ALTERNATIVE BETA CL Z (CLAZX) | | None | J | T | | | | | |
| 113. ISHARES MSCI PACIFIC EX JAPAN ETF (EPP) X | | None | | | Sold | 03/02/20 | J | | |
| 114. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Buy | 02/03/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 116. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (LQD) | A | Dividend | J | T | Sold<br>(part) | 02/03/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 119. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 120. ISHARES 20+ YR TREAS BD ETF (TLT) | A | Dividend | J | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 121. | | | | | Sold<br>(part) | 06/01/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 123. ISHARES 7-10 YR TREASURY BOND<br>ETF (IEF) | A | Dividend | J | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 126. | | | | | Sold<br>(part) | 06/01/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 128. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 129. ISHARES 1-3 YR TREASURY BOND ETF<br>(SHY) | A | Dividend | | | Sold<br>(part) | 02/03/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 131. | | | | | Sold<br>(part) | 05/01/20 | J | | |
| 132. | | | | | Sold<br>(part) | 06/01/20 | J | | |
| 133. | | | | | Sold<br>(part) | 07/01/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 135. | | | | | Sold | 12/01/20 | J | | |
| 136. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | Sold<br>(part) | 01/10/20 | J | | |
| 137. | | | | | Sold<br>(part) | 02/03/20 | J | | |
| 138. | | | | | Sold<br>(part) | 03/02/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 140. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 141. ISHARES RUSSELL 2000 ETF (IWM) | | None | | | Buy | 07/17/20 | J | | |
| 142. | | | | | Sold | 08/03/20 | J | | |
| 143. ISHARES JPMORGAN USD EMERGING<br>MARKETS BOND ETF (EMB) | A | Dividend | J | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 144. | | | | | Sold | 03/02/20 | J | | |
| 145. | | | | | Buy | 06/01/20 | J | | |
| 146. ISHARES IBOXX $ HIGH YIELD CORP<br>BOND ETF (HYG) | A | Dividend | J | T | Sold<br>(part) | 02/03/20 | J | | |
| 147. | | | | | Sold | 03/02/20 | J | | |
| 148. | | | | | Buy | 06/01/20 | J | | |
| 149. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 150. ISHARES 3-7 YR TREAS BOND ETF<br>(IEI) | A | Dividend | J | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Sold (part) | 06/01/20 | J | | |
| 153. | | | | | Sold (part) | 07/01/20 | J | | |
| 154. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 155. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | Sold (part) | 02/03/20 | J | | |
| 156. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 157. | | | | | Sold (part) | 07/07/20 | J | | |
| 158. | | | | | Sold (part) | 10/01/20 | J | | |
| 159. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Sold (part) | 02/03/20 | J | | |
| 160. | | | | | Sold (part) | 03/02/20 | J | | |
| 161. | | | | | Sold | 05/01/20 | J | | |
| 162. | | | | | Buy | 06/01/20 | J | | |
| 163. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 164. | | | | | Sold (part) | 10/01/20 | J | | |
| 165. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 166. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | A | Dividend | J | T | Buy | 02/03/20 | J | | |
| 167. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 168. VANGUARD REAL ESTATE INDEX ETF (VNQ) | A | Dividend | J | T | Buy | 02/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FREUDENTHAL, NANCY D.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. | | | | | Sold | 03/02/20 | J | | |
| 170. | | | | | Buy | 06/01/20 | J | | |
| 171. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 172. BARCLAYS BANK IPATH BLOOMBERG COMMONDITY INDEX TOT RETURN (DJP) | None | | | | Sold | 03/02/20 | J | | |
| 173. ACCOUNT #3: (H) | | | | | | | | | |
| 174. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | None | | M | T | | | | | |
| 175. ACCOUNT #4 (H) | | | | | | | | | |
| 176. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | None | | M | T | | | | | |
| 177. ACCOUNT #5 (H) | | | | | | | | | |
| 178. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | None | | N | T | | | | | |
| 179. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | None | | N | T | | | | | |
| 180. ACCOUNT #6 (H) | | | | | | | | | |
| 181. RIVERSOURCE VP MODERATE C12 | None | | K | T | | | | | |
| 182. ACCOUNT #7 (H) | | | | | | | | | |
| 183. AMERIPRISE INSURED MONEY MARKET (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 184. AMERICAN CENTURY MID CAP VALUE CL I (AVUAX) | A | Dividend | K | T | Buy<br>(add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 186. | | | | | Sold (part) | 05/14/20 | J | | |
| 187. | | | | | Sold (part) | 08/13/20 | J | A | |
| 188. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL (BSIIX) | A | Dividend | K | T | Sold | 03/25/20 | K | B | |
| 189. | | | | | Buy | 05/14/20 | K | | |
| 190. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 191. | | | | | Buy (add'l) | 11/12/20 | K | | |
| 192. BLACKROCK HIGH YIELD BOND INSTL CL (BHYIX) | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 193. COLUMBIA INCOME OPPTY INSTL CL (CIOZX) | A | Dividend | K | T | Buy | 03/24/20 | K | | |
| 194. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | B | Dividend | L | T | Buy (add'l) | 02/13/20 | J | | |
| 195. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 196. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 197. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 198. | | | | | Sold (part) | 08/13/20 | J | A | |
| 199. | | | | | Sold (part) | 11/12/20 | J | A | |
| 200. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z (CTRZX) | D | Dividend | N | T | Buy (add'l) | 02/13/20 | K | | |
| 201. | | | | | Sold (part) | 03/05/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. | | | | | Sold (part) | 03/24/20 | K | B | |
| 203. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 204. | | | | | Buy (add'l) | 08/13/20 | K | | |
| 205. | | | | | Sold (part) | 11/12/20 | J | A | |
| 206. MULTIMANAGER SMALL CAP EQUITY STRATEGIES CL Z (CZMSX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 207. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 208. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 209. | | | | | Sold (part) | 05/14/20 | J | | |
| 210. | | | | | Sold (part) | 08/13/20 | J | A | |
| 211. | | | | | Sold (part) | 11/12/20 | J | A | |
| 212. MULTI MANAGER GROWTH STRATEGIES CL Z (CZMGX) | D | Dividend | L | T | Sold (part) | 02/13/20 | J | A | |
| 213. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 214. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 215. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 216. | | | | | Sold (part) | 08/13/20 | J | B | |
| 217. | | | | | Sold (part) | 11/12/20 | J | A | |
| 218. MULTI MANAGER INTL EQ STRAT INSTL (CMIEX) | A | Dividend | L | T | Buy (add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 219. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 220. | | | | | Sold<br>(part) | 05/14/20 | J | | |
| 221. | | | | | Sold<br>(part) | 08/13/20 | J | A | |
| 222. | | | | | Sold<br>(part) | 11/12/20 | J | | |
| 223. DELAWARE US GROWTH INSTL CL (DEUIX) | B | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 224. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 225. | | | | | Sold<br>(part) | 05/14/20 | J | | |
| 226. | | | | | Sold<br>(part) | 08/13/20 | J | A | |
| 227. | | | | | Sold<br>(part) | 11/12/20 | J | A | |
| 228. MFS INTL VALUE CL I (MINIX) | B | Dividend | K | T | Sold<br>(part) | 08/13/20 | J | A | |
| 229. MFS VALUE CL I (MEIIX) | B | Dividend | K | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 232. | | | | | Sold<br>(part) | 08/13/20 | J | A | |
| 233. | | | | | Sold<br>(part) | 11/12/20 | J | A | |
| 234. MFS MID CAP GROWTH CL I (OTCIX) | A | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 235. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. | | | | | Sold (part) | 05/14/20 | J | A | |
| 237. | | | | | Sold (part) | 08/13/20 | J | A | |
| 238. | | | | | Sold (part) | 11/12/20 | J | A | |
| 239.  WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 240. | | | | | Sold (part) | 08/13/20 | J | A | |
| 241. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 242.  ISHARES CORE MSCI EMERG MKTS ETF (IEMG) | | None | | | Buy (add'l) | 03/24/20 | J | | |
| 243. | | | | | Sold | 05/14/20 | J | A | |
| 244.  ACCOUNT #8 (H) | | | | | | | | | |
| 245.  AMERIPRISE INSURED MONEY MARKET (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 246.  COLUMBIA DIVIDEND OPPTY CL A (INUTX) | A | Dividend | K | T | | | | | |
| 247.  COLUMBIA LARGE CAP VAL A (INDZX) | A | Dividend | K | T | | | | | |
| 248.  VIRTUS NEWFLEET MULTI SECTOR SHORT TERM BOND CL A (NARAX) | A | Dividend | J | T | | | | | |
| 249.  ANNALY CAPITAL MANAGEMENT INC (NLY) | A | Dividend | J | T | | | | | |
| 250.  STARWOOD PROPERTY TRUST INC (STWD) | A | Dividend | J | T | | | | | |
| 251.  ARES CAPITAL CORP (ARCC) | B | Dividend | K | T | | | | | |
| 252.  CHS INC CL B CUML REDEEMABLE PFD SER (CHSCL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 253.  ACCOUNT #9 (H) | | | | | | | | | |
| 254.  STIFEL BANK PROGRAM MONEY MARKET (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AMERICAN CENTURY MID CAP VALUE CL I (AVUAX) was AMERICAN CENTURY MID CAP VALUE INVESTOR CL (ACMVX).

SPDR PORTFOLIO S&P 500 ETF (SPLG) was SPDR PORTFOLIO LARGE CAP ETF (SPLG).

Accounts 3-5: Each account is a RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY. Underlying assets are listed in Part VII.

Account 6 is a RIVERSOURCE LIFE RETIREMENT ADVISOR ADV VARIABLE ANNUITY. The underlying asset is listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ NANCY D. FREUDENTHAL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544